**FILED**

**OCT 2 4 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

GABRIEL LOUIS SEIDELL,

Defendant.

No. CR 07- 394-KI

**INDICTMENT**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

07-70625

THE GRAND JURY CHARGES:

**COUNT 1 (Possession with Intent to Distribute Marijuana)**

On or about September 12, 2007, in Multnomah County, Oregon, within the District of Oregon, defendant GABRIEL LOUIS SEIDELL did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

Forfeiture Allegation

Upon conviction of one of the controlled substance offenses listed above, GABRIEL LOUIS SEIDELL, defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a

PAGE 1 - INDICTMENT

result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including,

    a. PERSONAL MONEY JUDGMENT:

    $150,000 in U.S. Currency;

    b. VEHICLE:

    One (1) black 2006 Toyota 4-Runner, California license plate 5WWK107, VIN# JTEBU14R768075571.

DATED this 10th day of October 2007.

A TRUE BILL.

                               OFFICIATING FOREPERSON

KARIN J. IMMERGUT
United States Attorney

J. RUSSELL RATTO OSB #793510
Special Assistant
United States Attorney

PAGE 2 - INDICTMENT