AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>GABRIEL LOUIS SEIDELL | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern Dist. Of CA | District of Oregon | 3-07-70625 EMC | CR07-394 KI |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

    x  Indictment     ☐ Information     ☐ Complaint     ☐ Other (specify)

charging a violation of     21     U.S.C. §   841 (a)(1) and 853

**DISTRICT OF OFFENSE**
District Of Oregon

**DESCRIPTION OF CHARGES:**

Possession with intent to distribute Marijuana; forfeiture allegation

FILED
OCT 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

    ☐ Bail fixed at                  and defendant is released on bond
    ☐ Government moved for detention and defendant detained after hearing in District of Arrest
    ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
    x Other (specify)  Defendant released on $20,000 secured cash bond.
Bond, if any, shall be transferred to the District of Offense

| Representation: | x Retained Own Counsel | Federal Defender | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?    X No      Yes      Language:

**Defendant is ordered to appear before the Duty Magistrate Judge Stewart of the U.S. District Court, District of Oregon on 11/9/07 at 9:00 a.m.**

10/31/07
Date                                  United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

COPIES MAILED TO
PARTIES OF RECORD