UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

CR07-394-KI

Richard W. Wieking
Clerk

General Court Number
415.522.2000

RECVD '07 NOV 08 13:26 USDC-ORP

**FILED**

NOV 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
1000 S.W. Third Ave.
Portland OR 97204

Case Name:       United States of America v. Gabriel Louis Seidell
Case Number:     3-07-70625
Charges:         21:841(a)(1) and 853
                 Possession with intent to distribute marijuana, forfeiture alleg.

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge    Edward Chen    The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Kathi Wright    CR07-394-KI

Date: 11/8/07

CLERK, U.S. DISTRICT COURT

By